**MICHAEL R. MC DONNELL**
State Bar Number 41463-0
Law Offices of McDONNELL & KENT, INC.
418 E. La Habra Boulevard
La Habra, California 90631

Office: (562) 694-3827
Fax:    (562) 694-4280

Attorney for Defendant, FREDERICO CORTEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No.: CR-F-03-5237-OWW |
| )  | |
| Plaintiff,  ) | **STIPULATION TO CONTINUE STATUS** |
| )  | **CONFERENCE AND ORDER THEREON** |
| vs.  ) | |
| )  | Judge: Oliver W. Wanger |
| ROSITA SIERRA-MEDRANO, ET AL., ) | Current Date: January 17, 2007 |
| )  | Proposed New Date: February 20, 2007 |
| Defendants.  ) | |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective counsel, that the status conference hearing currently set for **January 17, 2007,** may be continued to **February 20, 2007**, at **10:00 a.m.**

This request is being made due to the fact that we are negotiating the case, a plea agreement has not been finalized and we need additional time to accomplish that. The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, but not limited to, the need for the time period of time set forth

//

//

//

//

STIPULATION FOR STATUS CONFERENCE
CONTINUANCE; [PROPOSED] ORDER - 1

PDF created with pdfFactory trial version www.pdffactory.com

herein for effective defense preparation and plea negotiations to continue pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i).

Dated: January 16, 2007.        **Law Offices of**
                                **McDONNELL & KENT, INC.**


                                /s/ Michael R. McDonnell
                                **MICHAEL R. MC DONNELL**
                                Attorney for Defendant
                                FREDERICO CORTEZ


Dated: January 16, 2007.        /s/ Kathleen Servatius
                                **KATHLEEN SERVATIUS**
                                **Assistant United States Attorney**
                                Attorney for Plaintiff
                                United States of America

## ORDER CONTINUING HEARING DATE

   IT IS SO ORDERED.  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i).

DATED: 1/16/07                  /s/ Oliver W. Wanger
                                HONORABLE OLIVER W. WANGER
                                United States District Court Judge

STIPULATION FOR STATUS CONFERENCE
CONTINUANCE; [PROPOSED] ORDER - 2

PDF created with pdfFactory trial version www.pdffactory.com