# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. CR 03-05237-003-OWW |
| Plaintiff, | Central District No. 06-1679M |
| vs. | |
| **FREDERICO CORTEZ,** | **ORDER TO EXONERATE BOND** |
| Defendant. | |

**GOOD CAUSE APPEARING**, it is hereby ordered that the property bond posted by Federico Cortez and Estela Cortez on behalf of Defendant, Frederico Cortez, under Case Number 06-1679M in the Central District of California on property located at 44102 Quarter Street, Lancaster, California 93536, under APN No. 3153-079-046, deed number 06-2098810 dated September 19, 2006, in the amount of $250,000.00 is hereby exonerated.

The Clerk, U.S. District Court for the Central District of California is hereby ordered to exonerate the bond forthwith and reconvey the property to the sureties.

**IT IS SO ORDERED.**

Dated: September 13, 2007.

```
                        /s/ OLIVER W. WANGER
```
**OLIVER W. WANGER**
**United States District Judge**

[PROPOSED] ORDER TO
EXONERATE BOND

PDF created with pdfFactory trial version www.pdffactory.com